IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2019 OCT 30  AM 11: 50
MARGARET BOT...
CHEYENNE

| | |
|---|---|
| PAULA KAY FISK, | |
| Plaintiff, | |
| VS. | Case No. 19-CV-00090 |
| AFFINITY GAMING LLC, et al. | |
| Defendant. | |

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

The matter before the Court is Plaintiff Paula Kay Fisk's *Motion to Transfer Case to the District of Nevada.* (ECF No. 12). Through the Motion, Ms. Fisk requests the Court transfer the case to the United States District Court of Nevada, where the incident at issue occurred and Defendant is located. Rather than transferring, the Court finds the case should be dismissed without prejudice, allowing Ms. Fisk to refile her claims with the United States District Court of Nevada if she so chooses. The Court has considered the Motion and accordingly

**ORDERS** that the claims of Paula Kay Fisk against Affinity Gaming LLC, et al. are hereby **DISMISSED WITHOUT PREJUDICE.**

Dated this 30th day of October, 2019.

ALAN B. JOHNSON
UNITED STATES DISTRICT JUDGE

1